UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MOHIT SHARMA,<br>Petitioner | CIVIL DOCKET NO. 1:20-CV-00923-P |
| VERSUS | JUDGE DRELL |
| WARDEN, *ET AL.*,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 3), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Petitioner's Motion for an order enjoining Respondents from transferring him from LaSalle Correctional Center is DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 25th day of August 2020.

DEE. D. DRELL
UNITED STATES DISTRICT JUDGE