UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **MOHIT SHARMA,** Petitioner | **CIVIL DOCKET NO. 1:20-CV-00923-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **LASALLE CORRECTIONAL CENTER, *ET AL.*,** Respondents | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 9), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the petition (ECF No. 1) is DISMISSED WITHOUT PREJUDICE under Rule 41(b) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED in Chambers, this <u>1st</u> day of October, 2020.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE